IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**CEDRIC GREENE**                                                                                   **PLAINTIFF**

v.                                            **4:20-CV-01394-JM**

**JOHN DOE**                                                                                       **DEFENDANTS**

## ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Among other things, Plaintiff is asking for an arrest warrant to be issued for a man who allegedly stabbed him in 2014. Because Plaintiff's Complaint is nonsensical and states no cause of action against Defendant for which relief may be granted, this case is DISMISSED. The Motion to Proceed *In Forma Pauperis* (Doc. No. 1) is DENIED.

IT IS SO ORDERED this 2nd day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).